IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAIME KHAMBA | : CIVIL ACTION |
| v. | : |
| AIR 7 SEAS TRANSPORT LOGISTICS, INC. ECONOCARIBE CONSOLIDATORS, INC. | : NO. 12-4237 |

## ORDER

AND NOW, this 30 day of July, 2012, upon consideration of plaintiff's motion to proceed <u>in forma pauperis</u> and his <u>pro se</u> complaint, IT IS ORDERED that:

1. Leave to proceed <u>in forma pauperis</u> is GRANTED.

2. Plaintiff's complaint is dismissed for lack of jurisdiction.

3. The Clerk of Court is directed to CLOSE this case.

BY THE COURT:

_____
THOMAS N. O'NEILL, JR., J.