IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAIME KHAMBA | : CIVIL ACTION |
| v. | : |
| AIR 7 SEAS TRANSPORT LOGISTICS, INC. ECONOCARIBE CONSOLIDATORS, INC. | : NO. 12-4237 |

### O R D E R

AND NOW, this 30 day of July, 2012, upon consideration of plaintiff's motion to proceed in forma pauperis and his pro se complaint, IT IS ORDERED that:

1. Leave to proceed in forma pauperis is GRANTED.

2. Plaintiff's complaint is dismissed for lack of jurisdiction.

3. The Clerk of Court is directed to CLOSE this case.

BY THE COURT:

_____
THOMAS N. O'NEILL, JR., J.